Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
LundbergECFmail@lundbergfirm.com

Attorneys for Wells Fargo Bank, N.A.
L&A Case No. 11-19819

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re:<br><br>Mihail P. Blegeanu, Jr. and Hattie S. Blegeanu,<br><br>Debtors. | Bankruptcy No. 11-36099 JTM<br><br>(a Chapter 13 case)<br><br>Filed Electronically |
|---|---|

APPEARANCE OF COUNSEL

Lundberg & Associates enters an appearance on behalf of Wells Fargo Bank, N.A. successor in interest to RBMG, Inc. ("Creditor"), a secured creditor in the above-referenced bankruptcy. America's Servicing Co. presently services this loan. Please add the following to the mailing matrix:

    Mark S. Middlemas
    Lundberg & Associates
    3269 South Main Street, Suite 100
    Salt Lake City, UT  84115

    DATED: November 22, 2011.

                                        LUNDBERG & ASSOCIATES

                                        By____/s/_____
                                        Mark S. Middlemas
                                        Attorneys for Creditor

<u>CERTIFICATE OF NOTIFICATION</u>

    I certify that on November 22, 2011 I sent a copy of the foregoing Appearance of Counsel, electronically or by first class mail, to each of the following:

                Sarah L. Mathews
                Enderton & Mathews, LLC
                ECF
                          Attorney for Debtors

                          _____/s/_____
                          Mark S. Middlemas