UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Mihail + Hattie Blegeanu
Debtor(s).

Case No. 11-36099 JTM
Chapter 13
Trustee: Anderson

AMENDMENT DECLARATION

Please circle or underline amended material when appropriate.

1. PETITION: ___ REOPENING: Yes ___ No ___ CONVERSION (13 to 7): Yes ___ No ___
   When changing debtor's address, please file separate change of address form.
   When amending, please submit the changes/additions only!

2. SCHEDULES: A ___ B**X** C ___ D ___ E ___ F ___ G ___ H ___ I ___ J ___
   Are you changing the address, amounts, etc., or adding a creditor?
   Changing ___ Adding ___ ($30 amendment fee required for D, E, & F: OR ___ IFP Waiver)

3. AMENDED AMOUNTS/TOTALS OF SCHEDULES: ___
4. STATEMENT OF AFFAIRS: ___
5. AMENDED CHAPTER 13 PLAN: ___

If you have amended schedules D, E, F by adding a creditor, you owe $30.00 amendment fee. Fee attached ___

If schedules D, E, F were amended but no creditors added or adding a listed creditor's attorney, no fee necessary. No fee attached ___
Reason no fee is attached ___

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added to the schedules/matrix.
A certificate of mailing to creditors should be filed with the Clerk's office (see below).

I declare under penalty of perjury that the information provided in this attached amendment is true and correct.

x _____  02/15/2012      S. Blegean  2/15/12
  Debtor           Date            Debtor      Date

U.S. Trustee's Office and Trustee in the case supplied copies of amendment(s)? Yes **X** No ___

ATTORNEY FOR DEBTOR(S)

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to creditors of this estate as follows (please mark the appropriate lines(s)):

___ 341 Notice to creditors added by this amendment
___ Discharge Notice to creditors added by this amendment      N/A
___ Amended Chapter 13 Plan to all creditors

DATED _____       ATTORNEY FOR DEBTOR(S) _____

Rev 11/11

B6B (Official Form 6B) (12/07)

In re  Mihail P. Blegeanu, Jr.,
       Hattie S. Blegeanu
                                                                  Debtors

Case No.  __11-36099__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | America First Credit Union - checking | J | 0.00 |
| | | America First Credit Union - savings | J | 0.00 |
| | | America First Credit Union - business accounts - checking (not being used) | H | 0.00 |
| | | America First Credit Union - business account - savings (not being used) | H | 0.00 |
| | | Mountain America Credit Union - checking | J | 20.00 |
| | | Mountain America Credit Union - savings | J | 0.00 |
| | | Mountain America - business savings *(added)* | J | 0.00 |
| | | Mountain America - business checking *(added)* | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | food, stove, dishwasher, washer/dryer, refrigerator/freezer, sewing machine/serger, microwave, vacuum | J | 845.00 |
| | | beds/bedding | J | 100.00 |
| | | dining set/kitchen set, dishes, utensils, pans, etc | J | 100.00 |
| | | sofa/loveseat, chairs/tables, dressers, stereo/DVD/VCR, television | J | 295.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, musical instruments | J | 130.00 |

Sub-Total >     1,490.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

| In re | Mihail P. Blegeanu, Jr.,<br>Hattie S. Blegeanu | Case No. | 11-36099 |
|---|---|---|---|
| | Debtors | | |

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | clothing apparel (ex-cluding jewelry) | J | 300.00 |
| 7. Furs and jewelry. | | jewelry | J | 75.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | exercise/sports equip; camera/photography equip | J | 150.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | RETIREMENT PLAN:<br>401(k) with Zions Bank | W | 170.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | stock 100%<br>Business name: Today's Graphics, Inc. | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    695.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  Mihail P. Blegeanu, Jr.,  
      Hattie S. Blegeanu  
                               Debtors

Case No. __11-36099__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | wages earned not yet paid | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 BMW 325 (80,000 miles) some mechanical problems and body damage | J | 10,500.00 |
| | | 2006 VW Jetta (50,000 miles), broken bumper | J | 9,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | desktop computer | J | 150.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| | | | Sub-Total > (Total of this page) | 19,750.00 |

Sheet __2__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mihail P. Blegeanu, Jr.,**  
**Hattie S. Blegeanu**  
Debtors

Case No. **11-36099**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | | HOUSEHOLD PETS:<br>dachsund (priceless) | J | Unknown |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | yard/lawn care equip; BBQ equip | J | 150.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >     150.00  
(Total of this page)  
Total >     22,085.00

(Report also on Summary of Schedules)