OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| IN RE:<br>MIHAIL P. BLEGEANU<br>HATTIE S. BLEGEANU<br><br>Debtors | CASE NO: 11-36099<br><br>Chapter 13<br><br>JUDGE JOEL T. MARKER |
|---|---|

**TRUSTEE'S REPORT OF CLAIMS**

The court confirmed the Debtor's plan on February 21, 2012, and the bar dates for filing claims in this case have now expired, and it appears that all claim issues have been resolved.  As stated in the confirmation order, the Trustee will only disburse on allowed claims provided for in the plan and for which a timely proof of claim was filed. If the plan provides for a claim but no timely proof of claim has been filed, the Trustee will not disburse on that claim, subject to direction from the court.  Attached hereto as Exhibit A is a list of all claims provided for by the confirmed plan and/or for which a proof of claim was filed with a description of how such claims will be administered by the Chapter 13 Trustee during the life of the plan.

*ABSENT A TIMELY FILED OBJECTION WITH THE BANKRUPTCY COURT, THE TRUSTEE WILL ADMINISTER CLAIMS IN THIS CASE PURSUANT TO THE TREATMENT DESCRIBED IN EXHIBIT A*

On or before October 05, 2012, any objection to the Trustee's Report of Claims must be filed with the bankruptcy court and served on the trustee.  On or before October 05, 2012, you must *also* contact the Bankruptcy Court to reserve a date and time when your objection will be heard by the Bankruptcy Judge and then give the trustee notice of such hearing.  If an objection is not both timely filed and noticed for a hearing, the Trustee's Report of Claims will become final and incorporated into the confirmation order, and it will control all disbursements by the Chapter 13 trustee, subject to subsequent direction from the court.

Note: The following claims have Step Payments:

Claim No. 10 AMERICA FIRST CREDIT UNION

| | | |
|---|---|---|
| 12/01/2011 | 05/31/2012 | $90.00 |
| 06/01/2012 | 06/30/9999 | $219.90 |

Claim No. 11 AMERICA FIRST CREDIT UNION

| | | |
|---|---|---|
| 12/01/2011 | 05/31/2012 | $105.00 |
| 06/01/2012 | 06/30/9999 | $243.01 |

Claim No. 6 RC WILLEY FINANCIAL SERVICES

| | | |
|---|---|---|
| 12/01/2011 | 05/31/2012 | $13.00 |
| 06/01/2012 | 06/30/9999 | $30.62 |

### Exhibit "A"

Debtor(s): MIHAIL P. BLEGEANU and HATTIE S. BLEGEANU
6469 ROGUE RIVER LANE, SALT LAKE CITY, UT  84118

Case No: 11-36099
Bar Date: 3/15/12

| Court Claim No. | Creditor Name and Address | Claim Description | Claim Amount | Value | Monthly Payment | Interest Rate |
|---|---|---|---|---|---|---|
| 11 | **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT  84409-0199 | VEHICLE SECD (PERMO level 17) 03 BMW 325/P=$10,500@4.50 4044.7<br>*Funds will be DISBURSED* | $10,500.00 | $10,500.00 | $243.01 | 4.50 |
| 10 | **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT  84409-0199 | VEHICLE SECD (PERMO level 17) 06 VW JETTA/P=$9,100@4.50 4044.1<br>*Funds will be DISBURSED* | $9,100.00 | $9,100.00 | $219.90 | 4.50 |
| 12 | **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT  84409-0199 | DEFAULT ARREARAGE (PRORATA 2ND MORT ARRS 6469 ROGUE RIV 4044.9<br>*Funds will be DISBURSED* | $1,237.36 | $1,237.36 | Pro Rata | 0.00 |
| 15 | **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT  84409-0199 | UNSECURED<br>MONEY LOANED<br>3790.6,9<br>*Funds will be DISBURSED* | $10,997.92 | $0.00 | Pro Rata | 0.00 |
| 14 | **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT  84409-0199 | UNSECURED<br>MONEY LOANED<br>8976.0,9<br>*Funds will be DISBURSED* | $630.66 | $0.00 | Pro Rata | 0.00 |
| 13 | **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT  84409-0199 | UNSECURED<br>MONEY LOANED<br>1911.6,9<br>*Funds will be DISBURSED* | $2,587.56 | $0.00 | Pro Rata | 0.00 |
| 11 | **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199<br>OGDEN, UT  84409-0199 | UNSECURED<br>Split Claim<br><br>*Funds will be DISBURSED* | $1,676.84 | $0.00 | Pro Rata | 0.00 |
| 10 | **AMERICA FIRST CREDIT UNION**<br>P.O. BOX 9199 | UNSECURED<br>Split Claim | $166.65 | $0.00 | Pro Rata | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | OGDEN, UT  84409-0199 | *Funds will be DISBURSED* | | | | |
| 5 | **AMERICAS SERVICING COMPANY**<br>ONE HOME CAMPUS<br>MAC X2302 04C<br>DES MOINES, IA  50328 | DEFAULT ARREARAGE (PRORATA<br>MORT ARRS: 6469 ROGUE RIVER I<br>6713<br>*Funds will be DISBURSED* | $1,943.39 | $1,943.39 | Pro Rata | 0.00 |
| 23 | **Capital One, N.A**<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ  85712 | UNSECURED<br>*order=unsec***BEST BUY/NOT TRI<br>0651<br>*Funds will be DISBURSED* | $6,508.31 | $0.00 | Pro Rata | 0.00 |
| 23 | **Capital One, N.A**<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ  85712 | UNSECURED<br>CLM ENTERED TWICE-NO DISB. O<br>0651<br>*No Money to be Paid by Trustee* | $0.00 | $0.00 | Pro Rata | 0.00 |
| 4 | **DEPARTMENT STORES NATIONAL BANK**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091 | UNSECURED<br>CREDIT CARD<br>1448<br>*Funds will be DISBURSED* | $170.30 | $0.00 | Pro Rata | 0.00 |
| 2 | **Discover Financial Services, Inc (p)**<br>PO Box 3025<br>New Albany, OH  43054-3025 | UNSECURED<br>CREDIT CARD<br>1160<br>*Funds will be DISBURSED* | $3,530.59 | $0.00 | Pro Rata | 0.00 |
| 3 | **Discover Financial Services, Inc (p)**<br>PO Box 3025<br>New Albany, OH  43054-3025 | UNSECURED<br>CREDIT CARD<br>4861<br>*Funds will be DISBURSED* | $889.96 | $0.00 | Pro Rata | 0.00 |
| 1 | **First National Bank of Omaha**<br>1620 Dodge Street<br>Stop Code 3105<br>Omaha, NE  68197 | UNSECURED<br>CREDIT CARD<br>2157<br>*Funds will be DISBURSED* | $9,565.96 | $0.00 | Pro Rata | 0.00 |
| 8 | **INTERNAL REVENUE SERVICE**<br>ECF NOTIFICATION | UNSECURED<br>TAXES<br>1107<br>*Funds will be DISBURSED* | $1,198.38 | $0.00 | Pro Rata | 0.00 |
| 19 | **Jeff Brienholt**<br>5692 West Clipper Peak Circle<br>Herriman, UT  84096 | UNSECURED<br>WORK NOT COMPLETE<br>BLEGEANU<br>*Funds will be DISBURSED* | $1,500.00 | $0.00 | Pro Rata | 0.00 |
| 21 | **JEFFERSON CAPITAL SYSTEMS, LLC**<br>P.O. BOX 953185<br>ST LOUIS, MO  63195-3185 | UNSECURED<br>SPRINT PCS<br>9008<br>*Funds will be DISBURSED* | $930.18 | $0.00 | Pro Rata | 0.00 |
| 16 | **MAIN STREET ACQUISITION CORP**<br>BECKET AND LEE LLP<br>ATTORNEYS/AGENT FOR CREDITOR<br>PO BOX 3001 | UNSECURED<br>CREDIT CARD<br>3787<br>*Funds will be DISBURSED* | $3,461.73 | $0.00 | Pro Rata | 0.00 |
| 9 | **NCO FINANCIAL SYSTEMS INC**<br>PO BOX 4275<br>NORCROSS, GA  30091 | UNSECURED<br>CREDIT CARD<br>8078<br>*Funds will be DISBURSED* | $417.95 | $0.00 | Pro Rata | 0.00 |
| 18 | **OAK HARBOR CAPITAL LLC**<br>C/O WEINSTEIN & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA  98124 | UNSECURED<br>CREDIT CARD/OTHER<br>3269<br>*Funds will be DISBURSED* | $16,279.44 | $0.00 | Pro Rata | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | **OAK HARBOR CAPITAL LLC**<br>C/O WEINSTEIN & RILEY, P.S.<br>PO BOX 3978<br>SEATTLE, WA  98124 | UNSECURED<br>CREDIT CARD/OTHER<br>4254<br>*Funds will be DISBURSED* | $4,393.36 | $0.00 | Pro Rata | 0.00 |
| 20 | **PORTFOLIO RECOVERY ASSOCIATES, LL**<br>POB 12914<br>NORFOLK, VA  23541 | UNSECURED<br>CREDIT CARD<br>3957<br>*Funds will be DISBURSED* | $1,557.38 | $0.00 | Pro Rata | 0.00 |
| 6 | **RC WILLEY FINANCIAL SERVICES**<br>ATTN BANKRUPTCY DEPT.<br>PO BOX 65320<br>SALT LAKE CITY, UT  84165-0320 | SECURED (PERMO Level 17)<br>HHG/P=$1231.32@6%<br>1925<br>*Funds will be DISBURSED* | $1,231.32 | $1,231.32 | $30.62 | 6.00 |
| 6 | **RC WILLEY FINANCIAL SERVICES**<br>ATTN BANKRUPTCY DEPT.<br>PO BOX 65320<br>SALT LAKE CITY, UT  84165-0320 | UNSECURED<br>Split Claim<br><br>*Funds will be DISBURSED* | $2,501.94 | $0.00 | Pro Rata | 0.00 |
| | **SARAH L. MATHEWS**<br>ENDERTON & MATHEWS, LLC<br>4444 SOUTH 700 EAST SUITE 102<br>SALT LAKE CITY, UT  84107 | ATTORNEY FEE<br><br><br>*Funds will be DISBURSED* | $2,731.00 | $0.00 | Pro Rata | 0.00 |
| 7 | **YELLOW BOOK PACIFIC**<br>C/O RMS BANKRUPTCY RECOVERY<br>SERVICES<br>PO BOX 5126 | UNSECURED<br>SERVICE<br>586491<br>*Funds will be DISBURSED* | $3,455.85 | $0.00 | Pro Rata | 0.00 |
| 22 | **Zions First National Bank**<br>Legal Services, UT ZB11 0877<br>P.O. Box 30709<br>Salt Lake City, UT  84130 | UNSECURED<br>MONEY LOANED<br>1002<br>*Funds will be DISBURSED* | $1,258.59 | $0.00 | Pro Rata | 0.00 |

```
                          United States Bankruptcy Court
                                 District of Utah
In re:                                                       Case No. 11-36099-JTM
Mihail P. Blegeanu                                           Chapter 13
Hattie S. Blegeanu
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 1088-2          User: dlg                 Page 1 of 3                  Date Rcvd: Aug 28, 2012
                              Form ID: pdftrc           Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2012.
db/jdb       +Mihail P. Blegeanu, Jr.,    Hattie S. Blegeanu,    6469 Rogue River Lane,
               Salt Lake City, UT 84118-9222
aty          +Mark S. Middlemas,    Lundberg & Associates,    3269 South Main Street,    Suite 100,
               Salt Lake City, UT 84115-3773
aty          +Patti H. Bass,   3936 E. Ft. Lowell Road,    Suite 200,   Tucson, AZ 85712-1083
aty          +Sarah L. Mathews,    Enderton & Mathews, LLC,    4444 South 700 East,    Suite 102,
               Salt Lake City, UT 84107-3075
cr           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
8000986      +1st National Bank of Omaha,    PO BOX 3412,   Omaha, NE 68103-0412
8000989       ASC,   Return Mail Operations,    PO Box 10388,   Des Moines, IA 50306-0388
8000987      +America First Credit Union,    P.O. Box 9199,   Attn: Collections,    Ogden, UT 84409-0199
8000988      +America's Servicing Company,    Attention: Bankruptcy Department,    MAC X7801-014,
               3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
8000990       Bass & Associates,    3936 East Fort Lowell Road,    Suite 200,   Tucson, AZ 85712-1083
8000991      +Best Buy,   PO Box 5253,   Carol Stream, IL 60197-5253
8000996       CITIBANK (p),   PO Box 20487,   Kansas City, MO 64195-0487
8357667      +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
8064204       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
8000993       Chase Card Services,    P.O. Box 94014,   Palatine, IL 60094-4014
8000994       Chase Card Services (p),    201 North Walnut Street,    Mail Stop DE1-1406; Attn: Mark Pascale,
               Wilmington, DE 19801-2920
8000995      +Citi Cards/Citibank,    PO Box 6500,   Sioux Falls, SD 57117-6500
8048056      +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
8028745      +Department Stores National Bank/Macy's,    C/O Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
8000998     #+Dex One Media,    c/o Liquidebt systems, Inc,    29W170 Butterfield Rd., Suite 102,
               Warrenville, IL 60555-2808
8001004       EMC Mortgage,   PO Box 299013,    Lewisville, TX 75029-9013
8001005       First Bankcard,    PO Box 2557,   Omaha, NE 68103-2557
8002260      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
8071951      +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
8001009       Jeff Brienholt,    5692 West Clipper Peak Circle,    Herriman, UT 84096
8143159      +Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
8001010       Kirk A. Cullimore, P.C.,    Agent for RC Willey,    P.O. Box 65655,   Salt Lake City, UT 84165-0655
8001013      +Macy's Visa,   P.O Box 689194,    Des Moines, IA 50368-9194
8001014      +Macy's/Department Stores National Bank,    Bankruptcy Processing,    PO Box 8053,
               Mason, OH 45040-8053
8001015       Macys,   PO Box 183084,   Columbus, OH 43218-3084
8121301       Main Street Acquisition Corp,    Becket and Lee LLP.,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
8129046     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541)
8001016       RC Willey Financial Services,    P.O. Box 65320,   Attn: Bankruptcy Department,
               Salt Lake City, UT 84165-0320
8001017      +RC Willey Home Furnishings,    2301 S 300 W,   Salt Lake City, UT 84115-2516
8046548      +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
8001020      +Yellow Pages,    PO Box 3162,   Cedar Rapids, IA 52406-3162
8001021     ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
               SALT LAKE CITY UT 84130-0709
             (address filed with court: Zions Bank,    4135 West 5415 South,    Salt Lake City, UT 84118)
8001024       Zip Local,   PO Box 22772,   Orem, UT 84059-2277

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: bnc@ch13kra.com Aug 29 2012 02:03:35      Kevin R. Anderson tr,
               405 South Main Street,   Suite 600,    Salt Lake City, UT 84111-3408
8000999       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 02:41:46      Discover Card,
               Corporate Office,   P.O. Box 30943,   Salt Lake City, UT 84130-0943
8001000       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 02:41:46      Discover Card,
               P.O. Box 30395,   Salt Lake City, UT 84130-0395
8001001       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 02:41:46      Discover Card,   PO Box 8003,
               ATTN: Bankruptcy Dept,   Hilliard, OH 43026
8008398       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 02:41:46      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
8001003      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 02:41:46      Discover Financial SVCS LLC,
               PO BOX 15316,   Wilmington, DE 19850-5316
8001002       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 29 2012 02:41:46
               Discover Financial Services, Inc (p),    PO Box 3025,   New Albany, OH 43054-3025
```

```
District/off: 1088-2          User: dlg              Page 2 of 3               Date Rcvd: Aug 28, 2012
                              Form ID: pdftrc        Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
8001008        E-mail/Text: cio.bncmail@irs.gov Aug 29 2012 01:39:53      Internal Revenue Service,
               Attn: Insolvency Mail Stop 5021,   50 South 200 East,   Salt Lake City, UT 84111
8001007        E-mail/Text: cio.bncmail@irs.gov Aug 29 2012 01:39:54      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 21126,   Philadelphia, PA 19114-0326
8001011        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2012 02:52:18       Lowe's/GECRB,   PO Box 530914,
               Atlanta, GA 30353-0914
8001012        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2012 02:52:17       Lowes,   PO Box 530914,
               Atlanta, GA 30353-0914
8075232       +E-mail/Text: bncmail@w-legal.com Aug 29 2012 03:05:43      OAK HARBOR CAPITAL III, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
8001018        E-mail/Text: rmbncreports@supermedia.com Aug 29 2012 02:29:00       Super Media,   PO Box 619009,
               DFW Airport, TX 75261-9009
8001019        E-mail/Text: TXBANKRUPT@UTAH.GOV Aug 29 2012 02:03:44     Utah State Tax Commission,
               Attn: Bankruptcy Unit,   210 North 1950 West,   Salt Lake City, UT 84134-9000
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8000997       Citibank(2)
cr*          +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
8001023*     ++ZIONS FIRST NATIONAL BANK,   LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
              SALT LAKE CITY UT 84130-0709
              (address filed with court:  Zions First National Bank,    Legal Services UT ZB11 0877,
              P.O. Box 30709,   Salt Lake City, UT 84130-0709)
8001022*     ++ZIONS FIRST NATIONAL BANK,   LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
              SALT LAKE CITY UT 84130-0709
              (address filed with court:  Zions First National Bank,    PO Box 26424,   Salt Lake City, UT 84126)
8000992       ##Best Buy,   P. O Box 60148,   City Of Industry, CA 91716-0148
                                                                                  TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 30, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 1088-2           User: dlg                   Page 3 of 3                   Date Rcvd: Aug 28, 2012
                               Form ID: pdftrc             Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2012 at the address(es) listed below:
          Kevin R. Anderson tr    kanderson@ch13kra.com,   lneebling@ch13kra.com
          Mark S. Middlemas    on behalf of Creditor   Wells Fargo Bank, N.A.
           ecfmaildistgroup@lundbergfirm.com,   lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Sarah L. Mathews    on behalf of Debtor Mihail Blegeanu mathews@emlegal.net,
           turia@emlegal.net;senderton@emlegal.net;endertonmathews@gmail.com
          Stephen M. Enderton    on behalf of Debtor Mihail Blegeanu senderton@emlegal.net,
           turia@emlegal.net;mathews@emlegal.net;endertonmathews@gmail.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                            TOTAL: 6