**The below described is SIGNED.**

**Dated: January 28, 2013**  _____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re:                                         | Case No. 11-36099       |
|------------------------------------------------|-------------------------|
| MIHAIL P. BLEGEANU<br>HATTIE S. BLEGEANU<br><br>Debtors. | Chapter 13<br>Judge Joel T. Marker |

## ORDER OF DISMISSAL

Debtors' Objection to Trustee's Motion to Dismiss came on regularly for hearing on January 16, 2013. The Honorable Joel T. Marker presided. Stephen M. Enderton represented the Debtors and Kellie Nielsen appeared on behalf of Kevin R. Anderson, the Standing Chapter 13 Trustee, with no other parties making any appearance on the record. The Court has reviewed the pleadings on file, heard oral argument, and after making its findings of fact and conclusions of law on the record:

**HEREBY ORDERS, DECREES, AND ADJUDGES THAT:**

1. The Trustee's Motion to Dismiss is hereby granted.

2. The case is hereby dismissed.

3. The Trustee shall receive any allowed commission under 28 U.S.C. § 586(e) and shall pay any allowed adequate protection payments and any claims allowed under 11 U.S.C. § 503(b), in accordance with 11 U.S.C. § 1326(a)(2), including Debtors

allowed attorneys' fees and costs in the amount of **$472.50**, to be paid to be paid from Debtors' trust account funds held by the Trustee only if sufficient funds are available.

4.  Any funds on hand shall otherwise be disbursed pursuant to the terms of the Confirmation Order.

END OF DOCUMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2013, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

> SARAH L. MATHEWS
> ECF NOTIFICATION

The undersigned hereby certifies that on January 17, 2013, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

> MIHAIL P. BLEGEANU
> HATTIE S. BLEGEANU
> 6469 ROGUE RIVER LANE
> SALT LAKE CITY, UT 84118

/s/
Office Chapter 13 Trustee

**COURT SERVICE LIST**

KEVIN R. ANDERSON
ECF NOTIFICATION

SARAH L. MATHEWS
ECF NOTIFICATION

MIHAIL P. BLEGEANU
HATTIE S. BLEGEANU
6469 ROGUE RIVER LANE
SALT LAKE CITY, UT 84118

2