**The below described is SIGNED.**



**Dated: January 28, 2013** _____

**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re:                    | Case No. 11-36099     |
|---------------------------|-----------------------|
| MIHAIL P. BLEGEANU        | Chapter 13            |
| HATTIE S. BLEGEANU        | Judge Joel T. Marker  |
| Debtors.                  |                       |

## ORDER OF DISMISSAL

Debtors' Objection to Trustee's Motion to Dismiss came on regularly for hearing on January 16, 2013.  The Honorable Joel T. Marker presided.  Stephen M. Enderton represented the Debtors and Kellie Nielsen appeared on behalf of Kevin R. Anderson, the Standing Chapter 13 Trustee, with no other parties making any appearance on the record. The Court has reviewed the pleadings on file, heard oral argument, and after making its findings of fact and conclusions of law on the record:

**HEREBY ORDERS, DECREES, AND ADJUDGES THAT:**

1.  The Trustee's Motion to Dismiss is hereby granted.

2.  The case is hereby dismissed.

3.  The Trustee shall receive any allowed commission under 28 U.S.C. § 586(e) and shall pay any allowed adequate protection payments and any claims allowed under 11 U.S.C. § 503(b), in accordance with 11 U.S.C. § 1326(a)(2), including Debtors

allowed attorneys' fees and costs in the amount of **$472.50**, to be paid to be paid from

Debtors' trust account funds held by the Trustee only if sufficient funds are available.

    4.  Any funds on hand shall otherwise be disbursed pursuant to the terms of the

Confirmation Order.

END OF DOCUMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2013, a true and correct copy of the foregoing paper was served electronically via CM/ECF to the persons listed below.

SARAH L. MATHEWS
ECF NOTIFICATION

The undersigned hereby certifies that on January 17, 2013, a true and correct copy of the foregoing paper was addressed to the following persons and deposited in the U.S. Mail, first-class postage prepaid.

MIHAIL P. BLEGEANU
HATTIE S. BLEGEANU
6469 ROGUE RIVER LANE
SALT LAKE CITY, UT 84118

_____/s/_____
Office Chapter 13 Trustee

**COURT SERVICE LIST**

KEVIN R. ANDERSON
ECF NOTIFICATION

SARAH L. MATHEWS
ECF NOTIFICATION

MIHAIL P. BLEGEANU
HATTIE S. BLEGEANU
6469 ROGUE RIVER LANE
SALT LAKE CITY, UT 84118

2

United States Bankruptcy Court
District of Utah

In re:                                                                      Case No. 11-36099-JTM
Mihail P. Blegeanu                                                          Chapter 13
Hattie S. Blegeanu
        Debtors

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: gci          Page 1 of 3                    Date Rcvd: Jan 28, 2013
                             Form ID: pdfor1     Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2013.
```
db/jdb      +Mihail P. Blegeanu, Jr.,   Hattie S. Blegeanu,   6469 Rogue River Lane,
             Salt Lake City, UT 84118-9222
aty         +Mark S. Middlemas,   Lundberg & Associates,   3269 South Main Street,   Suite 100,
             Salt Lake City, UT 84115-3773
aty         +Patti H. Bass,   3936 E. Ft. Lowell Road,   Suite 200,   Tucson, AZ 85712-1083
aty         +Sarah L. Mathews,   Enderton & Mathews, LLC,   555 East 4500 South,   Suite C-200,
             Salt Lake City, UT 84107-4508
cr          +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
8000986     +1st National Bank of Omaha,   PO BOX 3412,   Omaha, NE 68103-0412
8000989      ASC,   Return Mail Operations,   PO Box 10388,   Des Moines, IA 50306-0388
8000987     +America First Credit Union,   P.O. Box 9199,   Attn: Collections,   Ogden, UT 84409-0199
8000988     +America's Servicing Company,   Attention: Bankruptcy Department,   MAC X7801-014,
             3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
8000990      Bass & Associates,   3936 East Fort Lowell Road,   Suite 200,   Tucson, AZ 85712-1083
8000991     +Best Buy,   PO Box 5253,   Carol Stream, IL 60197-5253
8000992      Best Buy,   P. O Box 49353,   San Jose, CA 95161-9353
8000996      CITIBANK (p),   PO Box 20487,   Kansas City, MO 64195-0487
8357667     +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
             Tucson, AZ 85712-1083
8064204      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
8000993      Chase Card Services,   P.O. Box 94014,   Palatine, IL 60094-4014
8000994      Chase Card Services (p),   201 North Walnut Street,   Mail Stop DE1-1406; Attn: Mark Pascale,
             Wilmington, DE 19801-2920
8000995     +Citi Cards/Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
8000997     +Citibank (South Dakota), NA,   7920 NW 110th Street,   Kansas City, MO 64153-1270
8048056     +Department Stores National Bank/American Express,   Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
8028745     +Department Stores National Bank/Macy's,   C/O Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
8000998     #+Dex One Media,   c/o Liquidebt systems, Inc,   29W170 Butterfield Rd., Suite 102,
             Warrenville, IL 60555-2808
8001004      EMC Mortgage,   PO Box 299013,   Lewisville, TX 75029-9013
8001005      First Bankcard,   PO Box 2557,   Omaha, NE 68103-2557
8002260     +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
8071951     +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
8001009      Jeff Brienholt,   5692 West Clipper Peak Circle,   Herriman, UT 84096,   RETURNED MAIL - 99999
8143159     +Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
8001010     +Kirk A. Cullimore, P.C.,   Agent for RC Willey,   P.O. Box 65655,   Salt Lake City, UT 84165-0655
8001013     +Macy's Visa,   P.O Box 689194,   Des Moines, IA 50368-9194
8001014     +Macy's/Department Stores National Bank,   Bankruptcy Processing,   PO Box 8053,
             Mason, OH 45040-8053
8001015      Macys,   PO Box 183084,   Columbus, OH 43218-3084
8121301      Main Street Acquisition Corp,   Becket and Lee LLP.,   Attorneys/Agent for Creditor,   POB 3001,
             Malvern, PA 19355-0701
8129046     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
8001016      RC Willey Financial Services,   P.O. Box 65320,   Attn: Bankruptcy Department,
             Salt Lake City, UT 84165-0320
8001017     +RC Willey Home Furnishings,   2301 S 300 W,   Salt Lake City, UT 84115-2516
8046548     +Yellow Book Sales & Distribution,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
             Timonium, Maryland 21094-5126
8001020     +Yellow Pages,   PO Box 3162,   Cedar Rapids, IA 52406-3162
8001021     ++ZIONS FIRST NATIONAL BANK,   LEGAL SERVICES UT ZB11 0877,   P O BOX 30709,
             SALT LAKE CITY UT 84130-0709
            (address filed with court: Zions Bank,   4135 West 5415 South,   Salt Lake City, UT 84118)
8001024     +Zip Local,   PO Box 22772,   Orem, UT 84059-2277


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: bnc@ch13kra.com Jan 29 2013 04:05:57    Kevin R. Anderson tr,
             405 South Main Street,   Suite 600,   Salt Lake City, UT 84111-3408
ust          +E-mail/Text: ustpregion19.sk.ecf@usdoj.gov Jan 29 2013 04:32:54    United States Trustee,
             Ken Garff Bldg.,   405 South Main Street,   Suite 300,   Salt Lake City, UT 84111-3402
8000999       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2013 02:13:25    Discover Card,
             Corporate Office,   PO Box 30943,   Salt Lake City, UT 84130-0943
8001000       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2013 02:13:25    Discover Card,
             P.O. Box 30395,   Salt Lake City, UT 84130-0395
8001001       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2013 02:13:25    Discover Card,   PO Box 8003,
             ATTN: Bankruptcy Dept.,   Hilliard, OH 43026
8008398       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2013 02:13:25    Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
```

```
District/off: 1088-2              User: gci              Page 2 of 3              Date Rcvd: Jan 28, 2013
                                 Form ID: pdfor1        Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
8001003     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2013 02:13:25      Discover Financial SVCS LLC,
             PO BOX 15316,   Wilmington, DE 19850-5316
8001002      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2013 02:13:25
             Discover Financial Services, Inc (p),   PO Box 3025,   New Albany, OH 43054-3025
8001008      E-mail/Text: cio.bncmail@irs.gov Jan 29 2013 01:57:06      Internal Revenue Service,
             Attn: Insolvency Mail Stop 5021,   50 South 200 East,   Salt Lake City, UT 84111
8001007      E-mail/Text: cio.bncmail@irs.gov Jan 29 2013 01:57:06      Internal Revenue Service,
             Centralized Insolvency Operations,   P.O. Box 21126,   Philadelphia, PA 19114-0326
8001011      E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2013 02:08:19      Lowe's/GECRB,   PO Box 530914,
             Atlanta, GA 30353-0914
8001012      E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2013 02:13:07      Lowes,   PO Box 530914,
             Atlanta, GA 30353-0914
8075232     +E-mail/Text: bncmail@w-legal.com Jan 29 2013 04:46:18      OAK HARBOR CAPITAL III, LLC,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
8001018      E-mail/Text: rmbncreports@supermedia.com Jan 29 2013 04:43:27      Super Media,   PO Box 619009,
             DFW Airport, TX 75261-9009
8001019      E-mail/Text: TXBANKRUPT@UTAH.GOV Jan 29 2013 04:06:20      Utah State Tax Commission,
             Attn: Bankruptcy Unit,   210 North 1950 West,   Salt Lake City, UT 84134-9000
                                                                                         TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
8001023*    ++ZIONS FIRST NATIONAL BANK,   LEGAL SERVICES UT ZB11 0877,   P O BOX 30709,
             SALT LAKE CITY UT 84130-0709
             (address filed with court:  Zions First National Bank,   Legal Services UT ZB11 0877,
             P.O. Box 30709,   Salt Lake City, UT 84130-0709)
8001022*    ++ZIONS FIRST NATIONAL BANK,   LEGAL SERVICES UT ZB11 0877,   P O BOX 30709,
             SALT LAKE CITY UT 84130-0709
             (address filed with court:  Zions First National Bank,   PO Box 26424,   Salt Lake City, UT 84126)
                                                                             TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2013**                    **Signature:**     _Joseph Speetjens_

```
District/off: 1088-2         User: gci              Page 3 of 3          Date Rcvd: Jan 28, 2013
                            Form ID: pdfor1         Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2013 at the address(es) listed below:
              Kevin R. Anderson tr     kanderson@ch13kra.com,   lneebling@ch13kra.com
              Mark S. Middlemas    on behalf of Creditor  Wells Fargo Bank, N.A.
               ecfmaildistgroup@lundbergfirm.com,   lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com
              Patti H. Bass    on behalf of Creditor  Capital One, N.A. ecf@bass-associates.com
              Sarah L. Mathews    on behalf of Debtor Mihail Blegeanu mathews@emlegal.net,
               turia@emlegal.net;senderton@emlegal.net
              Stephen M. Enderton    on behalf of Debtor Mihail Blegeanu senderton@emlegal.net,
               turia@emlegal.net;mathews@emlegal.net
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                  TOTAL: 6