**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br>MIHAIL P. BLEGEANU<br>HATTIE S. BLEGEANU<br>Debtor(s) | Case No. 11-36099 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kevin Anderson, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/08/2011.

2) The plan was confirmed on 02/21/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/26/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/21/2012.

5) The case was dismissed on 01/28/2013.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $47,090.75.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,840.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$6,840.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,926.23 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $416.94 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,343.17** |

Attorney fees paid and disclosed by debtor:   $519.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICA FIRST CREDIT UNION | Secured | 11,969.00 | 10,500.00 | 10,500.00 | 1,748.19 | 481.49 |
| AMERICA FIRST CREDIT UNION | Secured | 9,100.00 | 9,100.00 | 9,100.00 | 1,571.07 | 416.48 |
| AMERICA FIRST CREDIT UNION | Secured | 24,756.00 | 1,237.36 | 1,237.36 | 0.00 | 0.00 |
| AMERICA FIRST CREDIT UNION | Unsecured | 11,512.00 | 10,997.92 | 10,997.92 | 0.00 | 0.00 |
| AMERICA FIRST CREDIT UNION | Unsecured | 1,922.68 | 630.66 | 630.66 | 0.00 | 0.00 |
| AMERICA FIRST CREDIT UNION | Unsecured | NA | 2,587.56 | 2,587.56 | 0.00 | 0.00 |
| AMERICA FIRST CREDIT UNION | Unsecured | NA | 1,676.84 | 1,676.84 | 0.00 | 0.00 |
| AMERICA FIRST CREDIT UNION | Unsecured | NA | 166.65 | 166.65 | 0.00 | 0.00 |
| AMERICAS SERVICING COMPANY | Secured | 133,448.00 | 1,943.39 | 1,943.39 | 0.00 | 0.00 |
| BEST BUY/RETAIL SERVICES | Unsecured | 6,508.00 | NA | NA | 0.00 | 0.00 |
| Capital One, N.A | Unsecured | NA | 4,269.79 | 0.00 | 0.00 | 0.00 |
| Capital One, N.A | Unsecured | NA | 2,238.52 | 6,508.31 | 0.00 | 0.00 |
| Chase Card Services (p) | Unsecured | 3,362.52 | NA | NA | 0.00 | 0.00 |
| CITI CARDS/CITIBANK | Unsecured | 16,279.00 | NA | NA | 0.00 | 0.00 |
| Citibank(2) | Unsecured | 4,393.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL BA | Unsecured | NA | 170.30 | 170.30 | 0.00 | 0.00 |
| Dex One Media | Unsecured | 2,224.21 | NA | NA | 0.00 | 0.00 |
| Discover Card | Unsecured | 889.96 | NA | NA | 0.00 | 0.00 |
| Discover Card | Unsecured | 3,051.56 | NA | NA | 0.00 | 0.00 |
| Discover Financial Services, Inc (p) | Unsecured | NA | 3,530.59 | 3,530.59 | 0.00 | 0.00 |
| Discover Financial Services, Inc (p) | Unsecured | NA | 889.96 | 889.96 | 0.00 | 0.00 |
| First National Bank of Omaha | Unsecured | NA | 9,565.96 | 9,565.96 | 0.00 | 0.00 |
| First National Bank of Omaha | Unsecured | 9,569.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,198.38 | 1,198.38 | 0.00 | 0.00 |
| Jeff Brienholt | Unsecured | NA | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| Jeff Brienholt | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 930.18 | 930.18 | 0.00 | 0.00 |
| Lowes | Unsecured | 1,556.00 | NA | NA | 0.00 | 0.00 |
| Macy's/Department Stores National Bank | Unsecured | 333.45 | NA | NA | 0.00 | 0.00 |
| MAIN STREET ACQUISITION CORP | Unsecured | NA | 3,461.73 | 3,461.73 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | NA | 417.95 | 417.95 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| OAK HARBOR CAPITAL LLC | Unsecured | NA | 16,279.44 | 16,279.44 | 0.00 | 0.00 |
| OAK HARBOR CAPITAL LLC | Unsecured | NA | 4,393.36 | 4,393.36 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 1,557.38 | 1,557.38 | 0.00 | 0.00 |
| RC WILLEY FINANCIAL SERVICES | Secured | NA | 1,231.32 | 1,231.32 | 204.62 | 74.98 |
| RC WILLEY FINANCIAL SERVICES | Unsecured | 3,733.00 | NA | NA | 0.00 | 0.00 |
| RC WILLEY FINANCIAL SERVICES | Unsecured | NA | 2,501.94 | 2,501.94 | 0.00 | 0.00 |
| Super Media | Unsecured | 60.46 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK PACIFIC | Unsecured | NA | 3,455.85 | 3,455.85 | 0.00 | 0.00 |
| Yellow Pages | Unsecured | 4,616.20 | NA | NA | 0.00 | 0.00 |
| Zions First National Bank | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Zions First National Bank | Unsecured | NA | 1,258.59 | 1,258.59 | 0.00 | 0.00 |
| Zip Local | Unsecured | 1,268.52 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $3,180.75 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,600.00 | $3,319.26 | $897.97 |
| All Other Secured | $1,231.32 | $204.62 | $74.98 |
| **TOTAL SECURED:** | **$24,012.07** | **$3,523.88** | **$972.95** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$73,679.55** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,343.17 |
| Disbursements to Creditors | $4,496.83 |
| **TOTAL DISBURSEMENTS:** | **$6,840.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/02/2013        By: /s/ Kevin Anderson
                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

11-36099

CERTIFICATE OF MAILING

    The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Final Report and Account was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on April 02, 2013:

MIHAIL P. BLEGEANU, HATTIE S. BLEGEANU, 6469 ROGUE RIVER LANE, SALT LAKE CITY,  UT 84118

SARAH L. MATHEWS, ECF NOTIFICATION

    /s/  
    Office of Kevin R. Anderson

UST Form 101-13-FR-S (9/1/2009)